**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 96-50724
(Summary Calendar)
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL GLENN RAINES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
(MO-95-CR-39-1)
_____

May 6, 1997

Before DAVIS, EMILIO M. GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

Michael Glenn Raines appeals his conviction for possession of a firearm by a felon. Raines

contends that the district court abused its discretion in refusing to allow him to withdraw his

guilty plea. Raines also challenges a four-level enhancement to his offense level based on a

specific offense characteristic and the use of a prior conviction in determining his base offense

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

level.  We have reviewed the record and the briefs of the parties and hold that the district court did not abuse its discretion in denying the withdrawal motion.  United States v. Bond, 87 F.3d 695 (5th Cir. 1996); United States v. Bounds, 943 F.2d 541 (5th Cir. 1991), cert. denied, 510 U.S. 845 (1993).  Raines waived the right to appeal his sentence in his plea agreement.  United States v. Melancon, 972 F.2d 566 (5th Cir. 1992); United States v. Portillo, 18 F.3d 290 (5th Cir.), cert. denied, 115 S. Ct. 244 (1994).

AFFIRMED.